```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


ROBERT CASTIGLIA,                    )
                                     )
              Petitioner,            )
                                     )
      vs.                            )     No. 4:07CV295-DJS
                                     )
ALAN BLAKE,                          )
                                     )
              Respondent.            )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #19] is accepted and adopted.

Dated this ___21st___ day of November, 2007.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE